IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

JENNIE FAYE SIMONS,

       Plaintiff,

v.                                CASE NO.: 4:09cv417-SPM/WCS

MARQUIS SOFTWARE
DEVELOPMENT, INC.,

       Defendant.
_____/

## ORDER DENYING MOTION TO DISMISS AS MOOT

This cause comes before the Court on Defendant's Motion to Dismiss (doc. 4), Plaintiff's Consent Motion to Accept Response to Defendant's Motion to Dismiss Filed Out of Time (doc. 7), and Plaintiff's Amended Complaint (doc. 8). Upon consideration, it is

ORDERED AND ADJUDGED:

1.     Plaintiff's Consent Motion to Accept Response to Defendant's Motion to Dismiss Filed Out of Time (doc. 7) is granted.

2.     The Amended Complaint (doc. 8) is accepted as a timely.

3.     Defendant's Motion to Dismiss (doc. 4) is denied as moot. The denial is without prejudice to Defendant's opportunity to file another motion

directed to the amended complaint if any deficiencies remain.

DONE AND ORDERED this 9th day of December, 2009.

_s/ Stephan P. Mickle_

Stephan P. Mickle
Chief United States District Judge